

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2016

No. 04-16-00298-CV

**EL CABALLERO RANCH, INC. AND LAREDO MARINE, L.L.C.,**
Appellant

v.

**GRACE RIVER RANCH, L.L.C.,**
Appellee

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Russel Wilson, Judge Presiding

# O R D E R

On June 14, 2016, appellee filed a motion to supplement the clerk's record, asking this court to replace illegible, black and white copies of the clerk's record with legible, color replacements attached to its motion. On June 16, 2016, appellee filed a first amended motion regarding the same. In its motions, appellee argued the legible, color replacements attached to its motion are the same as those provided by the La Salle County clerk. On June 20, 2016, we ordered appellant to file a written response, specifically addressing whether it objects to this court's granting appellee's motion.

In response, appellant filed a response and unopposed motion to supplement the clerk's record. Appellant states it does not object to appellee's motion to supplement the clerk's record. Appellant also requests this court to replace portions of the clerk's record with legible, color replacements attached to its motion and which are the same as those provided by the La Salle County clerk. Appellant certifies its motion is unopposed.

Pursuant to Texas Rule of Appellate Procedure 34.5(f), on a party's motion, the appellate court may direct the trial court clerk to file in the appellate court a supplemental clerk's record containing original documents. *See* Tex. R. App. P. 34.5(f).

We, therefore, **GRANT**, appellee's first amended motion to supplement the clerk's record. We also **GRANT** appellant's motion to supplement the clerk's record. We, therefore, **ORDER** the La Salle County clerk on or before **August 1, 2016** to file a supplemental clerk's

record with the original exhibits referenced in each of the motions, more particularly described below:

Volume 1, pp. 341 351-355;
Volume 2, pp. 172, 174-176, 200-202, 264;
Volume 3, p. 97-98;
Volume 5, p. 211;
Volume 6, pp. 69, 79-83, 554-556;
Volume 7, pp. 417, 427-431;
Volume 8, pp. 360, 362-364, 387-390; and
Volume 10, p. 184.

We **order** the clerk of this court to send copies of this order to all counsel and the district clerk.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2016.

Keith E. Hottle
Clerk of Court